**Opinion issued May 6, 2022**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-22-00299-CV**

_____

**IN RE ELAINE ROYCE MCGOWN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Elaine Royce McGown, has filed a petition for writ of mandamus challenging a docket control order setting a May 23, 2022 jury trial on attorney's fees regarding a declaratory judgment claim.[1] In conjunction with the petition,

---

[1] The underlying case is *In re TLR 12 Trust*, cause number 094,519-401, pending in the Probate Court No. 2 of Harris County, Texas, the Honorable Michael Newman presiding.

relator filed an emergency motion to stay the May 23, 2022 trial setting. We deny

the mandamus petition and dismiss the stay motion as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.